IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CRIMINAL ACTION |
| v. | ) ) | No. 10-20018-01-KHV |
| LAMONT T. DRAYTON, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On September 18, 2019, the Court dismissed defendant's Motion For Relief Pursuant To 28 U.S.C. § 2241(d), [Rule] 59(e) And The First Step Act (Doc. #148) filed August 26, 2019, which the Court construed as a second or successive petition under 28 U.S.C. § 2255, and overruled his Motion To Amend Existing 2241(d) [And] 59(e) [Petition] Pursuant To First Step Act (Doc. #149) filed August 26, 2019. See Memorandum And Order (Doc. #150). This matter is before the Court on defendant's Motion To Dismiss (Doc. #151) filed September 24, 2019. Defendant asks the Court to dismiss his motion for relief under 28 U.S.C. § 2241. Because the Court already dismissed defendant's motion for relief, his Motion To Dismiss (Doc. #151) is **OVERRULED as moot**.

**IT IS SO ORDERED**.

Dated this 24th day of September, 2019 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge